UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>$9,800.00, MORE OR LESS, IN,<br>UNITED STATES CURRENCY,<br>And<br>$1,097.00, MORE OR LESS, IN<br>UNITED STATES CURRENCY,<br>　　　　　Defendants. | §<br>§<br>§<br>§  Civil No. A-20-CV-_____<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Stamp: A20CV194RP

## WARRANT FOR THE ARREST OF PROPERTY

TO THE UNITED STATES MARSHALS SERVICE OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on February 20, 2020, against the following property:

　　　　$9,800.00, more or less, in United States Currency, and
　　　　$1,097.00, more or less, in United States Currency

(hereinafter, referred to as Defendant Currency), alleging that the Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. §§ 801, *et seq.*, and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Plaintiff United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Defendant Currency as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the Defendant Currency is presently found, and to use whatever means may be

appropriate to protect and maintain the Defendant Currency in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Defendant Currency and to make a return as provided by law.

SIGNED this _____ day of _____, 2020.

JEANNETTE J. CLACK
United States District Clerk
Western District of Texas

By: _____
Deputy